No. 89–7063.   LANDES *v.* JOOST.   C. A. 3d Cir.; and

No. 89–7300.   BRITTON *v.* CENTRAL BANK.   Ct. App. La., 2d Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied.   Petitioners are allowed until July 9, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.